UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ELIZABETH SMITH,<br>　　　　　Plaintiff<br><br>v.<br><br>ROBERT P. SMITH AND<br>CYNTHIA W. SMITH,<br>　　　　　Defendants | CIVIL NO. 2:16-CV-161-DBH |
| ELIZABETH SMITH,<br>　　　　　Plaintiff<br><br>v.<br><br>HUNTINGTON COMMON,<br>　　　　　Defendant | CIVIL NO. 2:16-CV-164-DBH |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On June 14, 2016, the United States Magistrate Judge filed with the court, with a copy to the plaintiff mailed to the address provided to the court, his Recommended Dismissal of the Cases in Their Entirety. On June 28, 2016, the mailing was returned as undeliverable by the U.S. Postal Service marked "Not deliverable as addressed, unable to forward."

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The complaints are **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

SO ORDERED.

DATED THIS 11TH DAY OF JULY, 2016

　　　　　　　　　　　　　　　　　　/S/D. BROCK HORNBY
　　　　　　　　　　　　　　　　　　**D. BROCK HORNBY**
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE